IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MOSHIN KHAWAJA                    :        CIVIL ACTION
                                  :
            v.                    :
                                  :
BAY MANAGEMENT GROUP, LLC,        :
et al.                            :        NO. 22-182

## ORDER

AND NOW, this 2nd  day of March, 2022, it is hereby
ORDERED that the motion of defendants Bay Management Group, LLC,
Bay Management Group Philadelphia, LLC and Dana Anderson to
dismiss plaintiff's complaint (Doc. # 7) is DENIED as moot as
plaintiff has now filed a first amended complaint.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                      J.