```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MOHSIN KHAWAJA : CIVIL ACTION
:
v. :
:
BAY MANAGEMENT GROUP, LLC, :
et al. : NO. 22-182

ORDER

AND NOW, this 2nd day of May, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants to dismiss the amended complaint of plaintiff Mohsin Khawaja (Doc. # 9) is GRANTED in part and DENIED in part;

(2)  the motion of defendants to dismiss is GRANTED as to Khawaja's claim of defamation to the extent it is based on comments defendant Dana Anderson made to Khawaja's lender;

(3)  the motion of defendants to dismiss is GRANTED as to Khawaja's claim of tortious interference with prospective contracts;

(4)  the motion of defendants to dismiss is GRANTED with respect to Khawaja's claim of "Vicarious Liability/Respondeat Superior"; and

(5)  the motion of defendants to dismiss is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III

J.