IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MOHSIN KHAWAJA                 :         CIVIL ACTION
                               :
          v.                   :
                               :
BAY MANAGEMENT GROUP, LLC,     :
et al.                         :         NO. 22-182

ORDER

AND NOW, this 9th day of January, 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants for summary judgment (Doc. # 35) is GRANTED as to plaintiff Mohsin Khawaja's defamation claim with respect to defendant Dana Anderson's oral statement to a representative of Wilmington Trust;

(2)  the motion of defendants for summary judgment is GRANTED as to Khawaja's defamation claim with respect to Anderson's December 14, 2020 text message;

(3)  the motion of defendants for summary judgment is GRANTED as to Khawaja's defamation claim with respect to the assertion in Anderson's December 17, 2020 letter that plaintiff Mohsin Khawaja was "being sued for millions of dollars for stealing and non-payment of debt"; and

(4)  the motion of defendants for summary judgment is DENIED as to Khawaja's defamation claim with respect to the assertion in Anderson's December 17, 2020 letter that plaintiff

Mohsin Khawaja "broke into the premises" of an MBMK rental property.

BY THE COURT:

/s/ Harvey Bartle III

_____

                                    J.